UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Pro se litigant Dan Howitt,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Benjamin Ernst<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 24-CV-11744-AK<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 17] entered on 12/11/24, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 12/11/2024                                                                    By the Court,

                                                                                                  /s/ Courtney Horvath
                                                                                                  Deputy Clerk